# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 26, 2013

## NO. 03-12-00581-CR

**Shaurisha Jenell Steele, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 426TH DISTRICT COURT OF BELL COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
## AFFIRMED -- OPINION BY JUSTICE GOODWIN

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the trial court's judgment revoking Steele's community supervision: **IT IS ORDERED, ADJUDGED AND DECREED** by the Court that the trial court's judgment revoking Steele's community supervision is in all things affirmed; and it appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.